## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DR. AHLAM KHALIL, | : | No. 128 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior |
| v. | : | Court |
| | : | |
| | : | |
| TRAVELERS INDEMNITY COMPANY OF | : | |
| AMERICA, GLENN CAMPBELL, ESQUIRE, | : | |
| WILLIAM S. FERREN AND | : | |
| ASSOCIATES,TRAVELERS INDEMNITY | : | |
| COMPANY, MONICA O'NEILL, THOMAS, | : | |
| THOMAS AND HAFER, PIER 3 | : | |
| CONDOMINIUM COMPANY, PIER 3 | : | |
| CONDOMINIUM ASSOCIATION, PIER 3 | : | |
| AND FIRST SERVICE (WENTWORTH), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.